DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

T.R.C., a child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3665
————————————————

September 2, 2022

Appeal from the Circuit Court for Hillsborough County; Robert A. Bauman, Judge.

Howard L. Dimmig, II, Public Defender and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Linsey Sims-Bohnenstiehl, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.